COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 JAIME PORTILLO,
  
                             Appellant,
  
 v.
  
 JACK MILLIS AND STEPHAN W. SAMPLE,
  
                            
 Appellees.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00079-CV
  
 Appeal from the
  
 120th
 District Court
  
 of El
 Paso County, Texas
  
 (TC# 2009-262)
  
 
 


 

MEMORANDUM
OPINION

 

Pending before the Court is Appellant’s
motion to dismiss this appeal pursuant to Tex.
R. App. P. 42.1(a)(1) because Appellant no longer desires to prosecute
the appeal.  We grant the motion and
dismiss the appeal with prejudice.  Costs
are assessed against the Appellant.  See
Tex. R. App. P. 42.1(d).

 

                                                                        GUADALUPE
RIVERA, Justice

October 31, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.